Eric G. Wallis (SBN 67926)
Email: Ewallis@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendants and Third-Party Plaintiffs

Phillip F. Shinn (SBN 112051)
Email: pshinn@foxrothschild.com
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA  94104
Telephone:    +1 415 364-5540
Facsimile:    +1 415 391-4436

Attorneys for Plaintiff and Third-Party Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT V. PATEL, | No. CV 10 2746 CW |
| Plaintiff, | **STIPULATION AND ORDER FOR TRANSFER OF ACTION PURSUANT TO 28 U.S.C. SECTION 1404(a)** |
| v. | |
| FRANKLIN RESOURCES, INC. d/b/a Defendants TEMPLETON INVESTMENTS and BNY MELLON SHAREOWNER SERVICES, | Compl. Filed:  June 23, 2010<br>Honorable Claudia Wilken |
| Defendants. | |
| FRANKLIN RESOURCES, INC. AND MELLON INVESTOR SERVICE, LLC, | |
| Third-Party Plaintiffs, | |
| v. | |
| VINU C. PATEL, | |
| Third- Party Defendant. | |

Plaintiff Amit V. Patel (Plaintiff) and Third-Party Defendant Vinu C. Patel (Vinu Patel), and Defendants and Third-Party Plaintiffs Franklin Resources, Inc. (Franklin) and Mellon Investor Services LLC (sued as "BNY Mellon Shareowner Services") (Mellon) (Franklin and Mellon together, "Defendants"), submit this Stipulation and Order for Transfer of Action under 28 U.S.C. Section 1404(a):

Whereas, Plaintiff is a resident of New Jersey;

Whereas, Mellon has a place of business in New Jersey;

Whereas, Defendants have filed a Third-Party Complaint for Indemnity and Contribution against Third-Party Defendant Vinu Patel;

Whereas, Vinu Patel is a resident of New Jersey;

Whereas, Vinu Patel contests personal jurisdiction over him in the United States District Court for the Northern District of California but concedes personal jurisdiction over him exists in the United States District Court for the District of New Jersey;

Whereas, Defendants' claims for indemnity and contribution against Vinu Patel may arise under the laws of the State of New Jersey;

Whereas, Defendants have potential percipient witnesses who reside on the East Coast;

Whereas, all parties desire that for the convenience of the parties and witnesses, and in the interest of justice, that this action be transferred to the United States District Court for the District of New Jersey;

IT IS HEREBY STIPULATED that an Order may be entered transferring this action to the United States District Court for the District of New Jersey under 28 U.S.C. Section 1404(a).

DATED:  November ___, 2010.

        REED SMITH LLP

        By_____
          Eric G. Wallis
          Attorneys for Defendants and Third-Party Plaintiffs

DATED:  November ___, 2010.

        FOX ROTHSCHILD LLP

        By_____
          Phillip F. Shinn
          Attorneys for Plaintiff and Third-Party Defendant

Upon stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action be transferred, pursuant to 28 U.S.C. Section 1404(a), to the United States District Court for the District of New Jersey.

Dated:  **November 30, 2010**.

        *[signature]*
        United States District Judge