| | |
|---|---|
| 1 | Eric G. Wallis (SBN 67926) |
| 2 | Email: Ewallis@reedsmith.com<br>REED SMITH LLP |
| 3 | 101 Second Street, Suite 1800<br>San Francisco, CA  94105-3659 |
| 4 | Telephone:     +1 415 543 8700<br>Facsimile:      +1 415 391 8269 |
| 5 | Attorneys for Defendants and Third-Party |
| 6 | Plaintiffs |
| 7 | Phillip F. Shinn (SBN 112051)<br>Email: pshinn@foxrothschild.com |
| 8 | FOX ROTHSCHILD LLP<br>235 Pine Street, Suite 1500 |
| 9 | San Francisco, CA  94104<br>Telephone:     +1 415 364-5540 |
| 10 | Facsimile:      +1 415 391-4436 |
| 11 | Attorneys for Plaintiff  and Third-Party<br>Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT V. PATEL,<br><br>                    Plaintiff,<br><br>         v.<br><br>FRANKLIN RESOURCES, INC. d/b/a<br>Defendants TEMPLETON INVESTMENTS and<br>BNY MELLON SHAREOWNER SERVICES,<br><br>                    Defendants. | No. CV 10 2746 CW<br><br>**STIPULATION AND ORDER FOR TRANSFER OF ACTION PURSUANT TO 28 U.S.C. SECTION 1404(a)**<br><br>Compl. Filed:  June 23, 2010<br>Honorable Claudia Wilken |
| FRANKLIN RESOURCES, INC. AND<br>MELLON INVESTOR SERVICE, LLC,<br><br>                    Third-Party Plaintiffs,<br><br>         v.<br><br>VINU C. PATEL,<br><br>                    Third- Party Defendant. | |

1    Plaintiff Amit V. Patel (Plaintiff) and Third-Party Defendant Vinu C. Patel (Vinu Patel),
2  and Defendants and Third-Party Plaintiffs Franklin Resources, Inc. (Franklin) and Mellon Investor
3  Services LLC (sued as "BNY Mellon Shareowner Services") (Mellon) (Franklin and Mellon
4  together, "Defendants"), submit this Stipulation and Order for Transfer of Action under 28 U.S.C.
5  Section 1404(a):

7    Whereas, Plaintiff is a resident of New Jersey;

9    Whereas, Mellon has a place of business in New Jersey;

11   Whereas, Defendants have filed a Third-Party Complaint for Indemnity and Contribution
12 against Third-Party Defendant Vinu Patel;

14   Whereas, Vinu Patel is a resident of New Jersey;

16   Whereas, Vinu Patel contests personal jurisdiction over him in the United States District
17 Court for the Northern District of California but concedes personal jurisdiction over him exists in
18 the United States District Court for the District of New Jersey;

20   Whereas, Defendants' claims for indemnity and contribution against Vinu Patel may arise
21 under the laws of the State of New Jersey;

23   Whereas, Defendants have potential percipient witnesses who reside on the East Coast;

25   Whereas, all parties desire that for the convenience of the parties and witnesses, and in the
26 interest of justice, that this action be transferred to the United States District Court for the District
27 of New Jersey;

1 | IT IS HEREBY STIPULATED that an Order may be entered transferring this action to the United States District Court for the District of New Jersey under 28 U.S.C. Section 1404(a).

DATED: November ___, 2010.

                        REED SMITH LLP

                        By_____
                            Eric G. Wallis
                            Attorneys for Defendants and Third-Party Plaintiffs

DATED: November ___, 2010.

                        FOX ROTHSCHILD LLP

                        By_____
                            Phillip F. Shinn
                            Attorneys for Plaintiff and Third-Party Defendant

Upon stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action be transferred, pursuant to 28 U.S.C. Section 1404(a), to the United States District Court for the District of New Jersey.

Dated: **November 30, 2010**.

_____
United States District Judge